UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dan L. Lewis,                                Court File No. 09cv01110 (PAM/JJK)

              Plaintiff,

vs.

Universal Forest Products Western Division,
Inc. d/b/a Universal Forest Products, Inc.,

              Defendant.

---

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of the parties, it is hereby ordered that this action is hereby dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.


Dated: January  27 , 2010          s/Paul A. Magnuson
                                       Paul A. Magnuson
                                       United States District Court Judge